UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

----------------------------------------------------------------X

GAN DI LIN, *on behalf of himself and all others similarly situated*,

                                Plaintiff,

                         v.

AZURE ENTERPRISES LLC d/b/a Aoyama French Thai & Japanese, FANGCHENG LIANG, a/k/a Peter Liang, XIAONAN ZHAO, and QIZHAN JACK YAO,

                                Defendants,

----------------------------------------------------------------X

Case No: 2:18-cv-10421-KM-CLW

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

    WHEREAS, service of process cannot be completed on defendants AZURE ENTERPRISES LLC and FANGCHENG LIANG, because the business premises have been seized and Fangcheng Liang cannot be otherwise located.

    Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Gan Di Lin hereby gives notice that the claims against AZURE ENTERPRISES LLC d/b/a Aoyama French Thai & Japanese, FANGCHENG LIANG, a/k/a Peter Liang, XIAONAN ZHAO, and QIZHAN JACK YAO, in the above-referenced action are voluntarily dismissed, without prejudice.

Dated: September 5, 2018

    **HANG & ASSOCIATES, PLLC**

By:    /s/ *Ge Qu*
        Ge Qu, Esq.
        136-20 38th Ave., Suite #10G
        Flushing, New York 11354
        Telephone: (718) 353-8588
        *Attorney for Plaintiff*